UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

STEVE SANDS,

                          Plaintiff,

    -against-

LATINA MEDIA VENTURES LLC,

                         Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

20 Civ. 2732 (GBD)

GEORGE B. DANIELS, United States District Judge:

The July 7, 2020 conference is adjourned to October 20, 2020 at 9:30 a.m.

Dated: New York, New York
       June 30, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge