UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

STEVE SANDS,

                 Plaintiff,

  -against-

LATINA MEDIA VENTURES LLC,

                 Defendant.

------------------------------------- x

ORDER

20 Civ. 02732 (GBD)

GEORGE B. DANIELS, District Judge:

The October 20, 2020 status conference is hereby cancelled, in light of this Court's referral to Magistrate Judge Cave for General Pretrial and Dispositive Motions.

Dated: October 13, 2020
      New York, New York

SO ORDERED.

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE