UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVE SANDS,

                Plaintiff,

-v-

LATINA MEDIA VENTURES LLC,

                Defendant.

CIVIL ACTION NO.: 20 Civ. 2732 (GBD) (SLC)

**ORDER TO INITIATE DEFAULT PROCEEDINGS**

**SARAH L. CAVE,** United States Magistrate Judge:

        The Complaint in this action was served on April 3, 2020, with Defendant's Answer due on April 24, 2020. (ECF No. 4). No Answer having been filed on the docket, Plaintiff is hereby ORDERED to request a Certificate of Default from the Clerk of Court by **October 29, 2020** and to file a Motion for Default Judgment in accordance with the Individual Practices of the Honorable George B. Daniels, Rule 55 of the Federal Rules of Civil Procedure, and S.D.N.Y. Local Rule 55 by no later than **November 12, 2020**.

Dated:    New York, New York
            October 15, 2020

                                    SO ORDERED

                                    */s/ Sarah L. Cave*
                                    SARAH L. CAVE
                                    **United States Magistrate Judge**